**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **GERALD LEE ARTHUR,** § | |
| *Plaintiff,* § | |
| § | |
| **V.** § | **CASE NO. 1:05-CV-254** |
| **STATE FARM MUTUAL** § | |
| **AUTOMOBILE INSURANCE CO.,** § | |
| *Defendant.* § | |

**MEMORANDUM ORDER
ADOPTING REPORT AND RECOMMENDATION ON REMAND**

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the Court referred this matter to United States Magistrate Keith F. Giblin for consideration of pretrial matters and proceedings. Pending before the Court is *Plaintiff's Supplemental Motion to Remand* [Clerk's doc. #20].

On December 14, 2005, Judge Giblin issued his *Report and Recommendation on Supplemental Motion to Remand* [Clerk's doc. #24]. He recommended that the Court deny the motion and retain jurisdiction over this civil action. The parties have not filed objections to the *Report and Recommendation* under 28 U.S.C. § 636(b)(1). Accordingly, having considered the pending motion and the magistrate's recommendation, the Court **ORDERS** that the *Report and Recommendation on Supplemental Motion to Remand* is **ADOPTED** and *Plaintiff's Supplemental Motion to Remand* [Clerk's doc. #20] is **DENIED**.

SIGNED at Beaumont, Texas, this 6th day of January, 2006.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE